Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-62177-CIV-DIMITROULEAUS

JACQUELINE FRANCO,

    Plaintiff(s),

vs.

GRUMER & MACALUSO, P.A.,
KEITH T. GRUMER

    Defendant(s).

_____/

**MEDIATION SETTLEMENT AGREEMENT**

KOZ Law, P.A. Trust Account

As a complete and final settlement of the subject matter, the parties mutually agree to resolve this matter, as follows: Δs, Grumer & Macaluso, P.A. & Keith Grumer the sum of $7,500.00 in two checks of $3,750.00, one to be paid on 3/1/17 & a second on 4/1/17 to be received on that date by π's attorney. In the event one or both of the payments are not timely received by π as set forth above, π shall be entitled to reasonable fees & costs to collect same. The parties agree to exchange Mutual General Releases and agree not to disparage one another. The Court shall retain jurisdiction to enforce the terms of this Agreement. π's counsel shall file a motion to approve settlement and

π, Jacqueline Franco     Δ, Keith T. Grumer, individually & on behalf of Grumer & Macaluso, P.A.

2-20-17
DATE

Dismissal with prejudice – The breakdown for Court approval is as follows: $6,500.00 fees & costs to π's counsel & $1,000.00 to π.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-62177-CIV-DIMITROULEAUS

JACQUELINE FRANCO,

    Plaintiff(s),

vs.

GRUMER & MACALUSO, P.A.,
KEITH T. GRUMER

    Defendant(s).

_____/

## MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **February 20, 2017 @ 9:00 A.M.**

    __✓__    AN AGREEMENT WAS REACHED.

    _____    The Agreement is attached with consent of the parties.

    _____    NO AGREEMENT WAS REACHED; IMPASSE.

    _____    The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

    _____    Other: _____

_____

_____
Cindy Niad Hannah, Esq., Florida Bar No. 438545
MF#: B-7060